**LILLIAN C. WILLIS and WILLARD NELSON PRICE, as Executors of the Will of Charlotte E. Kimball, v. ATTIE KIMBALL JOHNSON and WARREN M. JOHNSON, her husband.**

23 So. (2nd) 627                                         June Term, 1945
November 6, 1945                                          Division B

*H. B. S. Hammond,* for appellants.

*Troy C. Musselwhite,* for appellees.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.